UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ESTATE OF BILLIE JOE MEADOWS,**
Deceased,

Plaintiff,

v

Case No.: **2:11-cv-15686-PJD-MKM**
Honorable: **Patrick J. Duggan**

**CARPENTERS' PENSION TRUST FUND –
DETROIT and VICINITY,** and
**JOAN MEADOWS**, an individual,

Defendants.

---

THOMAS L. STROBLE (P67836)
MITCHELL H. BOARDMAN (P47042)
**THE STROBLE LAW FIRM, P.C.**
Attorneys for Plaintiff
2525 Telegraph Road, Suite 100
Bloomfield Hills, MI 48302
(248) 454-0800/Fax (248) 456-8470

---

THE STROBLE LAW FIRM, P.C.
ATTORNEYS AND
COUNSELORS AT LAW

2525 TELEGRAPH RD, STE. 100
BLOOMFIELD HILLS, MI 48302

(248) 454-0800
FAX (248) 456-8470

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND AN ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED

On this 30th day of December, 2011 at

PRESENT: HONORABLE PATRICK J. DUGGAN
DISTRICT COURT JUDGE

Plaintiff Estate of Billie Joe Meadows' Ex Parte Motion having been presented to this Court, and this Court having found that Plaintiff will suffer immediate and irreparable harm if the Defendant Carpenter's Pension Trust Fund pays Billie Joe Meadows' survivor pension benefits directly to Defendant Joan Meadows. Plaintiff has presented claims and evidence that Defendant Meadows waived her rights to receive these benefits pursuant to a Judgment of Divorce. In the event that Defendant receives these survivor benefits, they may be used, dissipated, disposed of or hidden thereby

1

irreparably harming Plaintiff and its ability to recover these monies (which by information and belief are $450,000.00). The Court also finds that notice of this Motion was provided to Defendant Carpenters' Pension Trust Fund pursuant to a December 28, 2011 telephone conversation between its attorney, Edward J. Pasternak and Plaintiff's counsel. The Court finds that Plaintiff, through its counsel, attempted to contact Defendant Joan Meadows to provide her with notice of this Motion without success.

**IT IS HEREBY ORDERED** that Defendant Carpenters' Pension Trust Fund us **ENJOINED** from paying Defendant Joan Meadows directly any of Billie Joe Meadows' pension survivor benefits or otherwise dissipating or disposing of those benefits;

**IT IS HEREBY FURTHER ORDERED** that, in the event that Defendant Joan Meadows receives any of Billie Joe Meadows' survivor benefits, she is enjoined from using, disposing of, dissipating, selling or hiding any of the survivor benefits;

**IT IS HEREBY FURTHER ORDERED** that the Defendants must appear at a hearing before this Court to show cause why a Preliminary Injunction should not enter and why this Court should not require Defendant Carpenters' Pension Trust Fund and/or Defendant Joan Meadows to pay the survivor benefits into the Court's registry for the benefit of Defendant, Joan Meadows. The hearing shall occur before Judge Duggan on Wednesday, January 18, 2012, at 3:00 p.m. in Courtroom 861 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226.

**IT IS SO ORDERED.**

_____
FEDERAL COURT JUDGE

THE STROBLE LAW FIRM, P.C.
ATTORNEYS AND
COUNSELORS AT LAW

2525 TELEGRAPH RD, STE. 100
BLOOMFIELD HILLS, MI 48302

(248) 454-0800
FAX (248) 456-8470

2